IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:22CR84 |
| vs. | ) | |
| ELIAS RAMIREZ JR. and CHAMINQUE PORTER, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant Elias Ramirez, Jr.'s Unopposed Motion to Continue Trial [36]. Counsel needs additional time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [36] is granted, as follows:

1. The jury trial, **for both defendants**, now set for August 22, 2022 is continued to **October 17, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **October 17, 2022** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **August 4, 2022.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:** July 29, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge